IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SCOTT A. BROWN,

    Plaintiff,

v.

MICHAEL DITTMANN,
UNIT MANAGER WALKER,
UNIT MANAGER FINK,
DICKSON BAURES,
C.O. GOODWIN, SGT. WILLETT, and
LT. SUPERVISOR PERENTEAU,

    Defendants.

JUDGMENT IN A CIVIL CASE

17-cv-278-jdp

This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants denying plaintiff Scott A. Brown leave to proceed on his claims against Michael Dittman, Unit Manager Walker, Unit Manager Fink, Dickson Baures, C.O. Goodwin, Sgt. Willett and Lt. Supervisor Perenteau, denying plaintiff's motion for preliminary injunction and dismissing this case for failure to state a claim.

/s/                                                                8/30/2017

Peter Oppeneer, Clerk of Court                 Date